UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES OF AMERICA,　　)<br>　　　　　　　　　　　　　　　)<br>　　　　　Plaintiff,　　　　　　　)　　Civil Action No. AMD02CV3858<br>　　　　　　　　　　　　　　　)<br>　　　　　v.　　　　　　　　　　)　　Hon. Andre M. Davis<br>　　　　　　　　　　　　　　　)<br>ABB, INC., et al.,　　　　　　　　)<br>　　　　　　　　　　　　　　　)<br>　　　　　Defendants.　　　　　　)<br>　　　　　　　　　　　　　　　) | |

**MOTION TO ENTER CONSENT DECREES**

　　The United States lodged two proposed consent decrees with this Court to settle claims against on November 26, 2002. The proposed consent decrees resolve the claims of the United States and the Spectron Site Group ("SSG") against the Settling *De Minimis* Parties for past and future costs incurred and to be incurred in connection with the Spectron Superfund Site located near Elkton, Maryland. Notice of the proposed consent decrees was published in the Federal Register on December 11, 2002. 67 Fed. Reg. 76191.

　　Two comments were received but, after much discussion, they were withdrawn. At this time, the undersigned attorney for the United States is not aware of any opposition to the entry of the proposed consent decrees. Therefore, and for the reasons stated in the Memorandum in Support of the United States' Motion To Enter Consent Decrees, the United States now moves for the Court's

approval and entry of the proposed consent decrees.

Under the terms of the consent decrees, "[t]he Settling De Minimis Parties and the SSG consent to approval and entry of [the] Consent Decree[s] without further notice." *See* Consent Decrees at 25, Paragraph 39. Therefore, the Court may proceed directly at its discretion. Signature lines have been provided for the Court at page 27 of both Decrees.

    Respectfully Submitted,

    THOMAS L. SANSONETTI
    Assistant Attorney General
    Environment and Natural Resources
    Division

    W. BENJAMIN FISHEROW
    Deputy Section Chief
    Environmental Enforcement Section
    Environment and Natural Resources
    Division

    _____/s/_____
    ELLIOT M. ROCKLER
    Trial Attorney
    Environmental Enforcement Section
    Environment and Natural Resources
    Division
    U.S. Department of Justice
    Benjamin Franklin Station
    P.O. Box 7611
    Washington, D.C. 20044-7611
    (202) 514-2653 (phone)
    (202) 616-6583 (fax)
    elliot.rockler@usdoj.gov

        THOMAS M. DiBIAGIO
        United States Attorney
        District of Maryland

        _____/s/_____
        P. MICHAEL CUNNINGHAM
        Assistant United States Attorney
        101 West Lombard Street
        Baltimore, MD 21201
        (410) 209-4800 (phone)

Of Counsel:
HUMANE ZIA
U.S. Environmental Protection Agency
Region III
1650 Arch Street
Philadelphia, PA 19103-2029


Dated: _____